UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CITY OF FLINT**,
a Municipal Corporation,

      Plaintiff,                        Case No. 2:08-cv-14871

v.                                     Honorable Patrick J. Duggan

**COMCAST OF FLINT, INC.,**
a Michigan Corporation,

      Defendant.
_____/

## STIPULATION AND ORDER OF DISMISSAL

Now come the parties, by and through their counsel of record, and hereby stipulate and agree to dismissal of the above-captioned matter with prejudice and without costs or attorneys' fees to either party.

| | |
|---|---|
| /s/ Aaron M. Phelps | /s/ Michael S. Ashton |
| Aaron M. Phelps (P64790) | Michael S. Ashton (P40474) |
| Varnum LLP | Fraser Trebilcock Davis & Dunlap, PC |
| Bridgewater Place - P.O. Box 352 | 124 W. Allegan – Suite 1000 |
| Grand Rapids, MI  49501-0352 | Lansing, MI  48933 |
| **Special Counsel for the City of Flint** | **Counsel for Comcast of Flint, Inc.** |
| Phone: (616) 336-6000 | Phone:  (517) 377-0875 |
| Fax: (616) 336-7000 | Fax:  (517) 482-0887 |

**IT IS SO ORDERED.**

                                      s/Patrick J. Duggan
                                      Patrick J. Duggan
                                      United States District Judge

Dated: November 13, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 13, 2009, by electronic and/or ordinary mail.
                                      s/Marilyn Orem
                                      Case Manager

~8641135.doc